JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br>       Plaintiff,<br>   v.<br>**Fredy G. Pedro**,<br>       Defendant. | Case 2:21-cv-00656-GW-AGR<br>**Judgment**<br>(re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor and against defendant Fredy G. Pedro in the total amount of $2,660.00, which amount includes attorney's fees and costs.

Additionally, defendant Fredy G. Pedro is ordered to provide wheelchair accessible paths of travel and wheelchair accessible sales counter at the Mary Mini Market located at 5025 S Broadway, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

All pending dates are vacated and the clerk shall close this action.

Dated: 7/16/2021  By: *[signature: George H. W...]*
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff